| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **J.C.R. DEVELOPMENT, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3804051** |
| 4. | **Debtor's address** | **Principal place of business**<br>**PO BOX 150998**<br>**Ely, NV 89315**<br>Number, Street, City, State & ZIP Code<br><br>**White Pine**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **J.C.R. DEVELOPMENT, LLC**    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **J.C.R. DEVELOPMENT, LLC** Case number (*if known*) _____
Name

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated Assets** | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | J.C.R. DEVELOPMENT, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 26, 2025**
MM / DD / YYYY

X **/s/ CASEY JONES**
Signature of authorized representative of debtor

**CASEY JONES**
Printed name

Title **MANAGER**

**18. Signature of attorney**

X **/s/ STEPHEN R. HARRIS**
Signature of attorney for debtor

Date **June 26, 2025**
MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone **775-786-7600**    Email address **steve@harrislawreno.com**

**001463 NV**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **J.C.R. DEVELOPMENT, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,500.00** |
   | Prior to the filing of this statement I have received | $ **3,500.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **CASEY JONES**

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 26, 2025**  
Date

/s/ Stephen R. Harris  
**STEPHEN R. HARRIS**  
*Signature of Attorney*  
**HARRIS LAW PRACTICE LLC**  
**850 E. PATRIOT BLVD.**  
**SUITE F**  
**Reno, NV 89511**  
**775-786-7600   Fax: 775-786-7764**  
**steve@harrislawreno.com**  
*Name of law firm*

# United States Bankruptcy Court
### District of Nevada

In re: **J.C.R. DEVELOPMENT, LLC**, Debtor(s)

Case No.: 

Chapter: **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JERRY JONES<br>PO BOX 150998<br>Ely, NV 89315 | | 100% | MEMBERSHIP |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **MANAGER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **June 26, 2025**

Signature: **/s/ CASEY JONES**
**CASEY JONES**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re  **J.C.R. DEVELOPMENT, LLC**                                Case No. _____
                              Debtor(s)                            Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 26, 2025**                    **/s/ CASEY JONES**
                                            **CASEY JONES**/**MANAGER**
                                            Signer/Title

```
J.C.R. DEVELOPMENT, LLC
PO BOX 150998
ELY, NV 89315

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
700 E. WARM SPRINGS RD
STE 200
LAS VEGAS, NV 89119

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

AMGUARD INSURANCE
C/O BROWN & JOSEPH LLC
ONE PIERCE PLACE
STE 700W
ITASCA, IL 60143

ATLANTIC SPECIALTY INSURANCE COMPANY
C/O LANAK & HANNA, P.C.
10781 WEST TWAIN AVE.
LAS VEGAS, NV 89135

BATH LUMBER CO.
1800 AVE G
ELY, NV 89301

BYZFUNDER
530 7TH AVE
STE 505
NEW YORK, NY 10018
```

```
C2 ADVANCE
1 SE 3RD AVE
STE 2720
MIAMI, FL 33131

CAT FINANCIAL
C/O CAINE & WEINER
PO BOX 55848
SHERMAN OAKS, CA 91413

CITY OF ELY
501 MILL STREET
ELY, NV 89301

ESSENTIAL FUNDING
4750 E MOODY BLVD
STE 226
BUNNELL, FL 32110

FIRST BUSINESS FINANCE
ATTN: VON BRIESON
10 EAST DOTY
STE 900
MADISON, WI 53703

HIGHLINE AFTERMARKET COMPANY 30
PO BOX 736464
DALLAS, TX 75373

HOME DEPOT CREDIT SERVICES
DEPT 32-2129542662
PO BOX 9001030
LOUISVILLE, KY 40290

HUNT & SONS
PO BOX 101630
PASADENA, CA 91189

ICM SOLUTIONS
4899 WEST 2100 SOUTH
SALT LAKE CITY, UT 84120

INTERWEST SUPPLY CO.
330 SOUTH REDWOOD ROAD
SALT LAKE CITY, UT 84104

JERRY JONES
PO BOX 150998
ELY, NV 89315

KAPITUS LLC
2500 WILSON BLVD
STE 350
ARLINGTON, VA 22201
```

```
KOMATSU
1486 S. DISTRIBUTION DR
SALT LAKE CITY, UT 84101

LIFETIME FUNDING
585 STEWART AVE
STE L90
GARDEN CITY, NY 11530

M&T EQUIPMENT
1300 POST OAK BLVD
STE 1300
HOUSTON, TX 77056

MCKAY LIVESTOCK
PO BOX 942
MC GILL, NV 89318

MR. ADVANCE
35-12 19TH AVE
STE 3W
ASTORIA, NY 11105

NEVADA CEMENT CO
C/O ALTUS RECEIVABLES MANAGEMENT
PO BOX 186
METAIRIE, LA 70004

NORCO
LB413124
PO BOX 35144
SEATTLE, WA 98124

OPI, INC.
12 FREEPORT CIRCLE
FALLON, NV 89406

OVO HOLDINGS
6433 99TH STREET
REGO PARK, NY 11374

PARKVIEW ADVANCE
400 MAIN STREET
STAMFORD, CT 06901

QFS CAPITAL
110 E. BROWARD BLVD
#1550
FORT LAUDERDALE, FL 33301

SAHARA MOTORS LLC
585 N. MCGILL HWY
ELY, NV 89301
```

```
SINGH SOTRES, INC
1490 E. AULTMAN ST
ELY, NV 89301

SOLUTIONS FINANCIAL SERVICES
4901 W 2100 S
SALT LAKE CITY, UT 84120

STATE OF NEVADA
DIVISION OF INDUSTRIAL RELATIONS
1886 COLLEGE PARKWAY
STE 100
CARSON CITY, NV 89706

WHEELER MACHINERY CO
PO BOX 413071
SALT LAKE CITY, UT 84141
```

# United States Bankruptcy Court
### District of Nevada

In re  **J.C.R. DEVELOPMENT, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **J.C.R. DEVELOPMENT, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 26, 2025**  
Date

**/s/ STEPHEN R. HARRIS**  
**STEPHEN R. HARRIS**  
Signature of Attorney or Litigant  
Counsel for  **J.C.R. DEVELOPMENT, LLC**  
**HARRIS LAW PRACTICE LLC**  
**850 E. PATRIOT BLVD.**  
**SUITE F**  
**Reno, NV 89511**  
**775-786-7600 Fax:775-786-7764**  
**steve@harrislawreno.com**

**United States Bankruptcy Court**
**District of Nevada**

In re   **J.C.R. DEVELOPMENT, LLC**     Debtor(s)     Case No. _____
Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **CASEY JONES**, declare under penalty of perjury that I am the **MANAGER** of **J.C.R. DEVELOPMENT, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **26TH** day of **June**, 20**25**.

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **CASEY JONES**, **MANAGER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **CASEY JONES**, **MANAGER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **CASEY JONES**, **MANAGER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date   **June 26, 2025**        Signed   **/s/ CASEY JONES**
                                                                                     **CASEY JONES**

Resolution of Board of Directors
of
**J.C.R. DEVELOPMENT, LLC**

      Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

      Be It Therefore Resolved, that **CASEY JONES**, **MANAGER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that **CASEY JONES**, **MANAGER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that **CASEY JONES**, **MANAGER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  **June 9, 2025**　　　　　　　　　　　　　Signed  _____

Date  **June 9, 2025**　　　　　　　　　　　　　Signed  _____